1008

THE STATE OF WASHINGTON, *Respondent*, v. KIMOTHY MAURICE WYNN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LOUIS RHEM, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 99-1-04723-2, Thomas Felnagle, J., entered February 7, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 30127-0-II.   Division Two.   March 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE MICHAEL SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-01040-0, Barbara D. Johnson, J., entered March 24, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[Nos. 30196-2-II; 31136-4-II.   Division Two.   March 1, 2005.]

*In the Matter of the Parentage of* TAURIN A. WOLF.

AMY E. LEONARD, *Respondent*, v. GORAZD WOLF, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 01-5-00389-1, Lisa R. Worswick, J., entered April 7 and November 14, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 30779-1-II.   Division Two.   March 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN LLOYD FLOWERS-ROSCOE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01842-4, Frederick W. Fleming, J., entered September 3, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.